United States District Court
Southern District of Texas
**ENTERED**
June 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD ANOKWURU, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-19-2209 |
| CITY OF HOUSTON, et al., | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 34) dated April 21, 2020, the objections thereto, and the response to the objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Plaintiff's Fourth Motion for Leave to Amend the Complaint (Docket Entry No. 36) and Plaintiff's Motion to Compel Discovery (Docket Entry No. 38) are **DENIED**.

**SIGNED** at Houston, Texas, this 4th day of June, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE